**IN THE UNITED STATED BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-11242-TPA |
| | : | |
| **Raynold Leroy Prusia and** | : | CHAPTER 13 |
| **Diana Bobette Prusia,** | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: 50 |
| **Freedom Mortgage Corporation,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Raynold Leroy Prusia and** | : | |
| **Diana Bobette Prusia,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Chapter 13 Plan payment amount dated February 8, 2019 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$588.12**. The new post-petition monthly payment payable to **Freedom Mortgage Corporation** is **$587.82**, effective **December 1, 2020** per the escrow notice filed **November 8, 2020.**

Respectfully submitted,

Date: November 13, 2020          /s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158