FILED
11/16/20 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-11242-TPA |
| | : | Chapter 13 |
| Raynold Leroy Prusia and | : | |
| Diana Bobette Prusia, | : | |
| Debtors | : | |
| | : | Docket No.: 49 |
| Raynold Leroy Prusia and | : | |
| Diana Bobette Prusia, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CONSENT ORDER FOR VEHICLE FINANCING

NOW, on this 13th day of November 2020, upon an agreement reached by the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtors are *at the end of a 60-month plan term* and the case will be coming to a close, it is:

ORDERED, that the Debtors may pursue post-petition vehicle financing, with a purchase amount of no more than $25,000.00, through the conclusion and closure of the Bankruptcy case;

ORDERED that the Debtors do NOT have to incorporate the terms of the financing into the Chapter 13 plan and they may pay directly from the vehicle loan inception;

ORDERED that the Debtors will file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

Dated: November 16, 2020

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:
/s/ Daniel P. Foster_____
Daniel P. Foster, PA I.D. # 92376
Attorney for Debtors
Foster Law Offices
1210 Park Avenue
Meadville PA  16355
(814) 724-1165
dan@mrdebtbuster.com


/s/Katherine M. DeSimone\_\_\_\_
Katherine M. DeSimone
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
ksimone@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Raynold Leroy Prusia  
Diana Bobette Prusia  
    Debtor(s)

Case No. 17-11242-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 2  
Date Rcvd: Nov 16, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Raynold Leroy Prusia, Sr, Diana Bobette Prusia, 15063 Limber Road, Meadville, PA 16335-5331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Diana Bobette Prusia dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Raynold Leroy Prusia Sr dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 User: dkam Page 2 of 2
Date Rcvd: Nov 16, 2020 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
               cmecf@chapter13trusteewdpa.com

TOTAL: 6