Certificate Number: 02998-PAW-DE-035180884

Bankruptcy Case Number: 17-11242



02998-PAW-DE-035180884

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2020, at 1:38 o'clock PM EST, Diana B Prusia completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 15, 2020            By:    /s/Terri Everett

                                     Name:  Terri Everett

                                     Title: Counselor