IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  **Raynold Leroy Prusia, Sr** | : | Bankruptcy No.  17-11242-TPA |
| and | : | Chapter 13 |
| **Diana Bobette Prusia**  Debtor | : | |
| | : | |
| | : | |
| Movant    USAA Federal Savings Bank | : | |
| | : | |
| v. | : | Claim No.  6 |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

<u>NOTICE OF CHANGE OF ADDRESS</u>

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
                     2001 Western Ave,
                     Suite 400
                     Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                     10700 Abbott's Bridge Road, Suite 170
                     Duluth, GA  30097
                     Phone: 470-321-7112
                     (Payments) Credit Card Payment Processing- USAA Federal Saving Bank
                     c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                     PO Box 272410
                     Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 12/02/2021

                                             **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                             Attorney for Secured Creditor
                                             10700 Abbott's Bridge Rd., Suite 170
                                             Duluth, GA  30097
                                             Telephone: (470) 321-7112
                                             By: <u>/s/ Charles G. Wohlrab</u>
                                             Charles G. Wohlrab, Esquire
                                             PA Bar Number  314532
                                             Email: [cwohlrab@raslg.com](mailto:cwohlrab@raslg.com)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Raynold Leroy Prusia, Sr
15063 Limber Road
Meadville, PA 16335

Diana Bobette Prusia
15063 Limber Road
Meadville, PA 16335

And via electronic mail to:

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Ranesha Straker