Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Raynold Leroy Prusia Sr** | Case No. 17−11242−TPA |
| **Diana Bobette Prusia** | Chapter: 13 |
| *Debtor(s)* | |
| | |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| | Related to Document No. 61 |
| v. | |
| **No Respondents** | Hearing Date: 4/6/22 at 12:00 PM |
| *Respondent(s).* | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this **The 27th of January, 2022**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 61 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before March 14, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **April 6, 2022 at 12:00 PM** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11242-TPA |
| Raynold Leroy Prusia | Chapter 13 |
| Diana Bobette Prusia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: 300b | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raynold Leroy Prusia, Sr, Diana Bobette Prusia, 15063 Limber Road, Meadville, PA 16335-5331 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14732830 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14790643 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14732835 | + | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 14743897 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren PA 16365-0337 |
| 14743898 | + | Prime Square Apartments, 822 South Main Street, Council Bluffs IA 51503-0913 |
| 14732837 | + | Suntrust / Greensky / Thd, 1797 North East Expressway NE, Brookhaven, GA 30329-7803 |
| 14732840 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 14832659 | + | USAA Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14732841 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14732842 | + | Wells Fargo Financial National Bank, Attn: Bankruptcy, Po Box 5943, Sioux Falls, SD 57117-5943 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Jan 27 2022 23:39:00 | Great Southern Bank, 218 S. Glenstone Ave., c/o D. Clayton Ballard, Springfield, MO 65802 |
| 14732827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:05 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14732828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14732829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14732831 | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Jan 27 2022 23:39:00 | Great Southern Bank, Po Box 9009, Springfield, MO 65808 |
| 14787339 | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Jan 27 2022 23:39:00 | Great Southern Bank, c/o D. Clayton Ballard, 218 S. Glenstone Ave., Springfield, MO 65802 |
| 14732832 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2022 23:38:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14732826 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:36:57 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14732833 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2022 23:38:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14732834 | + | Email/Text: bankruptcy@nfm.com | Jan 27 2022 23:38:00 | Nebraska Furniture, Attn: Collections, Po Box |

Case 17-11242-TPA   Doc 64   Filed 01/29/22   Entered 01/30/22 00:27:52   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 300b | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 2335, Omaha, NE 68103-2335 |
| 14734146 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:37:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732836 | | Email/PDF: ebnotices@pnmac.com | Jan 27 2022 23:37:14 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14814343 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14732838 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:12 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14732839 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:21 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736849 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2022 23:38:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | USAA Federal Savings Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732825 | ##+ | Aqua Finance Inc, 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022             Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Raynold Leroy Prusia Sr dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Diana Bobette Prusia dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 300b | Total Noticed: 28 |

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8