**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RAYNOLD LEROY PRUSIA SR<br>DIANA BOBETTE PRUSIA<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-11242 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/21/2017 and confirmed on 2/14/18. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,484.00 |
| Less Refunds to Debtor | 434.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 62,049.69 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 2,983.84 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,983.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION<br>    Acct: 6608 | 0.00 | 28,676.35 | 0.00 | 28,676.35 |
|   FREEDOM MORTGAGE CORPORATION<br>    Acct: 6608 | 643.57 | 643.57 | 0.00 | 643.57 |
|   HUNTINGTON NATIONAL BANK(*)<br>    Acct: 9030 | 0.00 | 23,279.41 | 0.00 | 23,279.41 |
|   HUNTINGTON NATIONAL BANK(*)<br>    Acct: 9030 | 475.09 | 475.09 | 0.00 | 475.09 |
| | | | | 53,074.42 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RAYNOLD LEROY PRUSIA SR<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RAYNOLD LEROY PRUSIA SR<br>    Acct: | 434.31 | 434.31 | 0.00 | 0.00 |
|   FOSTER LAW OFFICES**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   JPMORGAN CHASE BANK NA<br>    Acct: 8509 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CITIBANK NA(*)++<br>    Acct: 6072 | 0.00 | 0.00 | 0.00 | 0.00 |
|   QUANTUM3 GROUP LLC AGNT - MOMA F(<br>    Acct: 5520 | 600.00 | 51.75 | 0.00 | 51.75 |
|   GREAT SOUTHERN BANK<br>    Acct: 4163 | 10,381.69 | 895.42 | 0.00 | 895.42 |
|   GREAT SOUTHERN BANK<br>    Acct: 6180 | 479.98 | 41.40 | 0.00 | 41.40 |
|   NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

17-11242 TPA                                                                                                          Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| PRIME SQUARE APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUNTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1224 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7702 | | | | |
| USAA FEDERAL SAVINGS BANK | 16,691.61 | 1,439.65 | 0.00 | 1,439.65 |
| Acct: 3271 | | | | |
| USAA SAVINGS BANK | 6,530.00 | 563.21 | 0.00 | 563.21 |
| Acct: 4299 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7702 | | | | |
| GREAT SOUTHERN BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,991.43 |

TOTAL PAID TO CREDITORS                                                                                           56,065.85

TOTAL CLAIMED
PRIORITY            0.00
SECURED         1,118.66
UNSECURED      34,683.28

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   RAYNOLD LEROY PRUSIA SR
   DIANA BOBETTE PRUSIA
        Debtor(s)

   Ronda J. Winnecour
        Movant
     vs.
   No Repondents.

Case No.:17-11242 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                    BY THE COURT:

                                    _____
                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11242-TPA |
| Raynold Leroy Prusia | Chapter 13 |
| Diana Bobette Prusia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raynold Leroy Prusia, Sr, Diana Bobette Prusia, 15063 Limber Road, Meadville, PA 16335-5331 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14732830 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14790643 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14732835 | + | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 14743897 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren PA 16365-0337 |
| 14743898 | + | Prime Square Apartments, 822 South Main Street, Council Bluffs IA 51503-0913 |
| 14732837 | + | Suntrust / Greensky / Thd, 1797 North East Expressway NE, Brookhaven, GA 30329-7803 |
| 14732840 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 14832659 | + | USAA Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14732841 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14732842 | + | Wells Fargo Financial National Bank, Attn: Bankruptcy, Po Box 5943, Sioux Falls, SD 57117-5943 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Jan 27 2022 23:39:00 | Great Southern Bank, 218 S. Glenstone Ave., c/o D. Clayton Ballard, Springfield, MO 65802 |
| 14732827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:30 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14732828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14732829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank / Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14732831 | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Jan 27 2022 23:39:00 | Great Southern Bank, Po Box 9009, Springfield, MO 65808 |
| 14787339 | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Jan 27 2022 23:39:00 | Great Southern Bank, c/o D. Clayton Ballard, 218 S. Glenstone Ave., Springfield, MO 65802 |
| 14732832 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2022 23:38:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14732826 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 23:36:57 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14732833 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2022 23:38:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14732834 | + | Email/Text: bankruptcy@nfm.com | Jan 27 2022 23:38:00 | Nebraska Furniture, Attn: Collections, Po Box |

Case 17-11242-TPA   Doc 65   Filed 01/29/22   Entered 01/30/22 00:27:52   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2335, Omaha, NE 68103-2335 |
| 14734146 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 23:37:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732836 | | Email/PDF: ebnotices@pnmac.com | Jan 27 2022 23:37:15 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14814343 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14732838 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:58 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14732839 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:28 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736849 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2022 23:38:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | USAA Federal Savings Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732825 | ##+ | Aqua Finance Inc, 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Debtor Raynold Leroy Prusia  Sr dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Diana Bobette Prusia dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 28 |

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8