FILED
3/24/22 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
RAYNOLD LEROY PRUSIA SR
DIANA BOBETTE PRUSIA
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 17-11242 TPA

Chapter 13

Document No.: 61

ORDER OF COURT

AND NOW, this __24th__ day of __March__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-11242-TPA

Raynold Leroy Prusia     Chapter 13

Diana Bobette Prusia

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3

Date Rcvd: Mar 24, 2022     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raynold Leroy Prusia, Sr, Diana Bobette Prusia, 15063 Limber Road, Meadville, PA 16335-5331 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14732830 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14790643 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14732835 | + | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 14743897 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren PA 16365-0337 |
| 14743898 | + | Prime Square Apartments, 822 South Main Street, Council Bluffs IA 51503-0913 |
| 14732837 | + | Suntrust / Greensky / Thd, 1797 North East Expressway NE, Brookhaven, GA 30329-7803 |
| 14732840 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 14732841 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14732842 | + | Wells Fargo Financial National Bank, Attn: Bankruptcy, Po Box 5943, Sioux Falls, SD 57117-5943 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Mar 24 2022 23:36:00 | Great Southern Bank, 218 S. Glenstone Ave., c/o D. Clayton Ballard, Springfield, MO 65802 |
| 14732827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 23:34:42 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14732828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2022 23:36:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14732829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2022 23:36:00 | Comenity Bank / Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14732831 | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Mar 24 2022 23:36:00 | Great Southern Bank, Po Box 9009, Springfield, MO 65808 |
| 14787339 | | Email/Text: bankruptcyfilings@greatsouthernbank.com | Mar 24 2022 23:36:00 | Great Southern Bank, c/o D. Clayton Ballard, 218 S. Glenstone Ave., Springfield, MO 65802 |
| 14732832 | + | Email/Text: bankruptcy@huntington.com | Mar 24 2022 23:36:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14732826 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2022 23:34:38 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14732833 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2022 23:36:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14732834 | + | Email/Text: bankruptcy@nfm.com | Mar 24 2022 23:36:00 | Nebraska Furniture, Attn: Collections, Po Box 2335, Omaha, NE 68103-2335 |

Case 17-11242-TPA    Doc 71    Filed 03/26/22    Entered 03/27/22 00:23:05    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| 14734146 | + | Email/PDF: rmscedi@recoverycorp.com | | | |
|---|---|---|---|---|---|
| | | | Mar 24 2022 23:34:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 14732836 | | Email/PDF: ebnotices@pnmac.com | | | |
| | | | Mar 24 2022 23:45:50 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 | |
| 14814343 | | Email/Text: bnc-quantum@quantum3group.com | | | |
| | | | Mar 24 2022 23:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 | |
| 14732838 | + | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | | Mar 24 2022 23:34:59 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 | |
| 14732839 | + | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | | Mar 24 2022 23:34:39 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 | |
| 14736849 | + | Email/Text: bankruptcy@huntington.com | | | |
| | | | Mar 24 2022 23:36:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 | |
| 14832659 | + | Email/Text: RASEBN@raslg.com | | | |
| | | | Mar 24 2022 23:36:00 | USAA Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 | |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | USAA Federal Savings Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732825 | ##+ | Aqua Finance Inc, 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022                Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Daniel P. Foster | |
| | on behalf of Debtor Raynold Leroy Prusia  Sr dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Mar 24, 2022 Form ID: pdf900 Total Noticed: 28

Daniel P. Foster
        on behalf of Joint Debtor Diana Bobette Prusia dan@mrdebtbuster.com
        katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
        on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
        on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8