| Fill in this information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | Raynold Leroy Prusia, Sr. | | |
| **Debtor 2** (Spouse, if filing) | Diana Bobette Prusia | | |
| United States Bankruptcy Court for the : Western | | **District of** | Pennsylvania (State) |
| **Case number** | 17-11242-TPA | | |

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| **Name of creditor:** | Freedom Mortgage Corporation | **Court claim no.** (if known): | 4 |
|---|---|---|---|
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX6608 | **Date of payment change:** Must be at least 21 days after date of this notice | 12/1/2019 |
| | | **New total payment:** Principal, interest, and escrow, if any | $588.12 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**    $ 180.44        **New escrow payment :**    $ 187.80

### Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**         %          **New interest rate:**         %

   **Current principal and interest payment:**    $ _____    **New principal and interest payment:**    $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**    $ _____    **New mortgage payment:**    $ _____

| Debtor 1 | **Raynold Leroy Prusia, Sr.** | Case number *(if known)* 17-11242-TPA |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
❋ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/Kinnera Bhoopal                                      Date    11/7/2019
     Signature

Print:   Kinnera                                  Bhoopal                Title    Authorized Agent
         First Name    Middle Name    Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
           Number    Street
           Roswell              GA         30076
           City                 State      ZIP Code

Contact phone    (312) 348-9088 X5172                         Email    Kinnera.Bhoopal@mccalla.com

|  |  |  |
|---|---|---|
| In Re: | Bankruptcy Case No.: | 17-11242-TPA |
|  | Chapter: | 13 |
| Raynold Leroy Prusia, Sr. | Judge: | Thomas P. Agresti |
| Diana Bobette Prusia |  |  |

## CERTIFICATE OF SERVICE

I, Kinnera Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Raynold Leroy Prusia, Sr.
15063 Limber Road
Meadville, PA 16335

Diana Bobette Prusia
15063 Limber Road
Meadville, PA 16335

Daniel P. Foster                                            *(served via ECF Notification)*
Foster Law Offices
Post Office Box 966
Meadville, PA 16335

Ronda J. Winnecour, Trustee                    *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee              *(served via ECF Notification)*
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    11/8/2019          By:    */s/Kinnera Bhoopal*
                    (date)                        Kinnera Bhoopal
                                                         Authorized Agent for Freedom Mortgage Corporation

ELECTRONIC ONLY STATEMENT

L5

**FREEDOM MORTGAGE®**

P.O. BOX 50428
NDIANAPOLIS, N 46250-0401

RAYNOLD L PRUSIA
DIANA B PRUSIA
15063 LIMBER RD
MEADVILLE PA 16335-5331

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 15063 LIMBER RD |
| | MEADVILLE PA 16335 |
| Statement Date: | 10/16/2019 |
| Current Payment Amount: | $580.76 |
| **New Payment Amount:** | **$588.12** |
| **New Payment Effective Date:** | **12/01/2019** |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there's enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable.

Based on our review, you have a surplus of $12.22.

Since your surplus is less than $50.00, the funds will be used to reduce the escrow portion of your monthly payment over the next 12 months.

| | |
|---|---|
| Projected Minimum Balance | $633.09 |
| - Required Minimum Balance | $377.62 |
| Surplus | $12.22 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

### PART 1 — Your Mortgage Payment

Payment information beginning with your 12/01/2019 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $400.32 | $400.32 |
| Escrow Payment: | $180.44 | $188.81 |
| Surplus Reduction: | $0.00 | ($1.01) |
| **Total Payment:** | **$580.76** | **$588.12** |

**NOTICE:** Freedom Mortgage is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.



Since your surplus is less than $50.00, the funds will be used to reduce the escrow portion of your monthly payment over the next 12 months.

ELECTRONIC ONLY STATEMENT

**PART 2**  **Your Escrow Account History**

The chart below reflects what actually happened in your escrow account since the last analysis. This compares what we expected to occur with what actually happened.

| Date | Payment to Escrow | What We Estimated to Pay In | What We Paid Out | What We Estimated to Pay Out | | Description | Actual Balance | Last Year's Estimated Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance | **$476.20** | **$902.30** |
| Jan 2019 | $366.22 | $180.44 | $0.00 | $0.00 | | | $842.42 | $1,082.74 |
| Feb 2019 | $0.00 | $180.44 | $0.00 | $0.00 | | | $842.42 | $1,263.18 |
| Mar 2019 | $180.44 | $180.44 | $736.00 | $0.00 | * | TOWNSHIP TAX | $286.86 | $1,443.62 |
| Mar 2019 | $0.00 | $0.00 | $385.00 | $0.00 | | HOMEOWNERS | ($98.14) | $1,443.62 |
| Apr 2019 | $180.44 | $180.44 | $0.00 | $366.00 | | HOMEOWNERS INSURANCE | $82.30 | $1,258.06 |
| Apr 2019 | $0.00 | $0.00 | $0.00 | $665.84 | | TOWNSHIP TAX | $82.30 | $592.22 |
| May 2019 | $360.88 | $180.44 | $0.00 | $0.00 | | | $443.18 | $772.66 |
| Jun 2019 | $0.00 | $180.44 | $0.00 | $0.00 | | | $443.18 | $953.10 |
| Jul 2019 | $180.44 | $180.44 | $0.00 | $0.00 | | | $623.62 | $1,133.54 |
| Aug 2019 | $323.61 | $180.44 | $1,144.75 | $0.00 | * | SCHOOL/ISD TAX | ($197.52) | $1,313.98 |
| Sep 2019 | $360.88 | $180.44 | $0.00 | $1,133.54 | | SCHOOL/ISD TAX | $163.36 | $360.88 |
| Oct 2019 | $0.00 | $180.44 | $0.00 | $0.00 | E | | $163.36 | $541.32 |
| Nov 2019 | $0.00 | $180.44 | $0.00 | $0.00 | E | | $163.36 | $721.76 |
| Dec 2019 | $0.00 | $180.44 | $0.00 | $0.00 | E | | $163.36 | $902.20 |
| **Total** | **$1,952.91** | **$2,165.28** | **$2,265.75** | **$2,165.38** | | | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

LOAN NUMBER ▮▮▮▮▮▮▮▮

(This section intentionally left blank)

**FREEDOM MORTGAGE®**

P.O. BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 15063 LIMBER RD MEADVILLE PA 16335 |
| Statement Date: | 10/16/2019 |
| Current Payment Amount: | $580.76 |
| **New Payment Amount:** | **$588.12** |
| **New Payment Effective Date:** | **12/01/2019** |

RAYNOLD L PRUSIA
DIANA B PRUSIA
15063 LIMBER RD
MEADVILLE PA 16335-5331

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| HOMEOWNERS | $385.00 |
| SCHOOL/ISD TAX | $1,144.75 |
| TOWNSHIP TAX | $736.00 |
| **Total Disbursements** | **$2,265.75** |

Freedom expects to pay $2,265.75 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $2,265.75 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$188.81** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $767.49 | $755.27 |
| Dec 2019 | $188.81 | $0.00 | | $956.30 | $944.08 |
| Jan 2020 | $188.81 | $0.00 | | $1,145.11 | $1,132.89 |
| Feb 2020 | $188.81 | $0.00 | | $1,333.92 | $1,321.70 |
| Mar 2020 | $188.81 | $0.00 | | $1,522.73 | $1,510.51 |
| Apr 2020 | $188.81 | $385.00 | HOMEOWNERS | $1,326.54 | $1,314.32 |
| Apr 2020 | $0.00 | $736.00 | TOWNSHIP TAX | $590.54 | $578.32 |
| May 2020 | $188.81 | $0.00 | | $779.35 | $767.13 |
| Jun 2020 | $188.81 | $0.00 | | $968.16 | $955.94 |
| Jul 2020 | $188.81 | $0.00 | | $1,156.97 | $1,144.75 |
| Aug 2020 | $188.81 | $0.00 | | $1,345.78 | $1,333.56 |
| Sep 2020 | $188.81 | $1,144.75 | SCHOOL/ISD TAX | $389.84 | $377.62 * |
| Oct 2020 | $188.81 | $0.00 | | $578.65 | $566.43 |
| Nov 2020 | $188.81 | $0.00 | | $767.46 | $755.24 |
| | $2,265.72 | $2,265.75 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $12.22.

Since your surplus is less than $50.00, the funds will be used to reduce the escrow portion of your monthly payment over the next 12 months.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN